No. 89–40.   CALIFORNIA *v.* BOYER.   Sup. Ct. Cal.   Certiorari denied.

No. 89–242.   PINCHAM *v.* ILLINOIS JUDICIAL INQUIRY BOARD ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 89–244.   PELLEGRINI *v.* MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 89–267.   CHRISTOPHER *v.* MADISON HOTEL CORP.   C. A. 4th Cir.   Certiorari denied.

No. 89–302.   HAMPTON ET AL. *v.* TENNESSEE BOARD OF LAW EXAMINERS ET AL.   Ct. App. Tenn.   Certiorari denied.

No. 89–323.   WELEX *v.* DOLE, SECRETARY OF LABOR.   C. A. 5th Cir.   Certiorari denied.

No. 89–349.   CHILA *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–358.   GILL *v.* UNITED STATES ET AL.   C. A. 8th Cir. Certiorari denied.

No. 89–368.   MERCK & CO., INC. *v.* BIOCRAFT LABORATORIES, INC.   C. A. Fed. Cir.   Certiorari denied.

No. 89–370.   PRICE *v.* DIGITAL EQUIPMENT CORP.   C. A. 5th Cir.   Certiorari denied.

No. 89–377.   INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL–CIO, ET AL. *v.* LOWE EXCAVATING CO. App. Ct. Ill., 2d Dist.   Certiorari denied.

No. 89–379.   COONAN ET UX. *v.* UNITED STATES;
No. 89–5497.   RITTER *v.* UNITED STATES;
No. 89–5512.   BOKUN *v.* UNITED STATES; and
No. 89–5601.   McELROY *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   Reported below: 876 F. 2d 891.

No. 89–385.   BARR *v.* UNITED PARCEL SERVICE, INC., ET AL. C. A. 2d Cir.   Certiorari denied.